CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
FEB 20 2008
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| WILMA M. BROADWATER, | |
| Plaintiff, | Case No. 2:06CV00072 |
| v. | **FINAL JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | By: James P. Jones<br>Chief United States District Judge |
| Defendant. | |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The motions for summary judgment by the parties are **denied**;

3. The final decision of the Commissioner of Social Security is **vacated** and the case is **remanded** to the Commissioner of Social Security for additional consideration pursuant to the report and recommendations, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and

4. The clerk is directed to close the case.

ENTER: February 20, 2008

/s/ James P. Jones
Chief United States District Judge